[No. 546.  Decided May 28, 1890.

C. P. CHAMBERLIN v. OCIE WINN.

*Appeal from District Court, Whitman County.*

*P. C. Sullivan*, for appellant.

*Thomas H. Brents*, for appellee.

The opinion of the court was delivered by

SCOTT, J. — Upon the re-argument of this cause, which was allowed by the territorial supreme court, a constitutional majority of this court have not become satisfied that the judgment heretofore last rendered, reversing the lower court, is wrong.

It is, therefore, allowed to stand, and a remittitur is directed.

STILES and HOYT, JJ., concur.

ANDERS, C. J., and DUNBAR, J., not sitting.